IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50392
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND LEE HARBERT, JR.,
COREY LAMONT HARBERT,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-92-CR-26-7
- - - - - - - - - -

January 28, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Raymond Harbert, Jr., federal prisoner # 60263-080, and

Corey Harbert, federal prisoner # 60258-080, appeal the denial of

their motion for reduction of sentence under 18 U.S.C.

§ 3582(c)(2). They argue that the district court should have

reduced their sentences in the light of a 1994 amendment to

U.S.S.G. § 2D1.1(c) ("Amendment 505"), under which their base

offense levels would have been 38, rather than 40, and that the

district court's reliance upon the nature and circumstances of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

their case was an insufficient basis on which to deny their motion.

We have reviewed the record and the briefs of the parties and hold that the district court did not abuse its discretion in denying the motion.  United States v. Whitebird, 55 F.3d 1007, 1009-10 (5th Cir. 1995).  Appellants' request for the appointment of counsel for oral argument is DENIED.  Fed. R. App. P. 34(a)(2).

AFFIRMED.  MOTION DENIED.